TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER C. KENDALL (Cal. Bar No. 274365)
Assistant United States Attorney
Senior Trial Attorney, Transnational Organized Crime Section
      1400 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone:      (213) 894-2576
      Facsimile:      (213) 894-0142
      E-mail:         christopher.kendall@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-380-JFW |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| ELADIO GASTELUM, | |
| Defendant. | |

The Court, having issued its Order Granting the Government's Application for Review or Reconsideration of Order Setting Conditions of Release or Detention and Request for Hearing, which is incorporated herein, hereby orders that defendant ELADIO GASTELUM ("defendant") be detained pending trial.

Defendant is remanded to the custody of the Attorney General or the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity

for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and Government counsel.

This order is made without prejudice to modification by this Court and without prejudice to defendant's exercise of his right to bail and a detention hearing at a future date.

IT IS SO ORDERED.

June 17, 2026
DATE                                    HONORABLE JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE

cc: USPO/PSA; USM


Presented by:

 /s/ Christopher C. Kendall
 CHRISTOPHER C. KENDALL
 Assistant United States Attorney

2